UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 10193 RCL

LARRY LEBLANC,

    Plaintiff

v.

KINDRED NURSING CENTERS EAST, LLC
d/b/a EMBASSY HOUSE,

    Defendant

Civil Action No.

RECEIPT # 53428
AMOUNT $150
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. TOM
DATE 1-28-04

### NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

MAGISTRATE JUDGE Collings

PLEASE TAKE NOTICE the Defendant, Kindred Nursing Centers East LLC, d/b/a Embassy House, hereby serves notice of removal of the above-entitled action to this Court and makes the following showing in support of such removal:

### PLEADINGS AND PROCEEDINGS TO DATE

1. On or about December 23, 2003, an action was commenced in Suffolk Superior Court of the Commonwealth of Massachusetts, entitled <u>Larry Leblanc v. Kindred Nursing Centers East, LLC d/b/a Embassy House</u>, Civil Action No. 03-6044G, by the filing of a Summons and Complaint, copies of which are attached hereto as <u>Exhibit A</u>.

2. The first date upon which the Defendant received a copy of said Complaint was December 29, 2003. The foregoing Summons and Complaint constitute all the process, pleadings, and orders received by the Defendant to date.

The Complaint appears to allege that the defendant wrongfully terminated Plaintiff's employment in violation of M.G.L. c.149, §187(b).

4. The Plaintiff is a resident of the Commonwealth of Massachusetts.

5. Kindred Nursing Centers East LLC is incorporated in the state of Delaware.

6. There is diversity between the parties and the amount in controversy exceeds the sum of $75,000.

7.  The United States District Court for the District of Massachusetts has jurisdiction over this claim pursuant to 28 U.S.C. § 1332, because the action presents a matter in controversy exceeding the sum of $75,000.00, exclusive of interests and costs, and parties with a diversity of citizenship. In Paragraph 1 of Plaintiff's Complaint, he states that he is a resident of Abington, Massachusetts. Plaintiff has also alleged claims that could allow recovery of greater than $75,000.00. Defendant is a corporation, which is incorporated in Delaware, with a principal place of business in Louisville, Kentucky. Accordingly, the action is removable to this Court under 28 U.S.C. § 1441.

8.  Defendant is providing notice to the Suffolk Superior Court and Plaintiff of this Notice of Removal in the form attached hereto as Exhibit B.

WHEREFORE, Defendant prays that the above action pending against it in Suffolk Superior Court, Commonwealth of Massachusetts Civil Action No. 03-6044G, be removed therefrom to this Court.

Respectfully submitted,

KINDRED NURSING CENTERS EAST, LLC,
d/b/a EMBASSY HOUSE
By its attorneys,

*/s/ Richard W. Paterniti*

David J. Kerman, BBO#269370
Richard W. Paterniti, BBO#645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

January 27, 2004                            (617) 367-0025

### CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2004, a copy of the foregoing was delivered by first class mail to Plaintiff's counsel, Paul A. Manoff, 47 Winter Street, 4th Floor, Boston, MA 02108.

*/s/ Richard W. Paterniti*
Jackson Lewis LLP

-2-

H:\PaternitiR\Kindred Healthcare\LeBlanc [72379]\Pleadings\Notice of Removal.DOC