UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LARRY J. LEBLANC,

    Plaintiff

v.

KINDRED NURSING CENTERS EAST, LLC
d/b/a EMBASSY HOUSE,

    Defendant

Civil Action No. 04-CV-10193 RCL

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Defendant, Kindred Nursing Centers East, LLC d/b/a Embassy House Skilled Nursing and Rehabilitation Center[1], and the undersigned counsel for Defendant, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

a)     with a view to establishing a budget for the cost of conducting the full course -- and various alternative courses -- of this litigation; and

b)     to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

KINDRED NURSING CENTERS EAST, LLC,
d/b/a EMBASSY HOUSE SKILLED NURSING
AND REHABILITATION CENTER
By its attorneys,

_/s/ Richard W. Paterniti_
David J. Kerman, BBO#269370
Richard W. Paterniti, BBO#645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: March 10, 2004

---

[1] Incorrectly identified in Plaintiff's Complaint as Kindred Nursing Centers East, LLC d/b/a Embassy House.

*Catharine Byrne*

Kindred Nursing Centers East, LLC
By: Catharine Crawford Young
Litigation Employment Counsel

### CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2004, a copy of the foregoing was delivered by first class mail to Plaintiff's counsel, Paul A. Manoff, 47 Winter Street, 4th Floor, Boston, MA 02108.

*Richard W. Paterniti*
Jackson Lewis LLP

-2-

# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
Tel 617 367-0025
Fax 617 367-2155
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
DALLAS, TX
GREENVILLE, SC
HARTFORD, CT
LONG ISLAND, NY

LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORLANDO, FL
PITTSBURGH, PA

SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

March 10, 2004

**VIA HAND DELIVERY**

Clerk of Court
United States District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Room 2300
Boston, MA 02210

Re: *Leblanc v. Kindred Nursing Centers East LLC, d/b/a Embassy House*
<u>Civil Action No. 04-CV-10193 RCL</u>

Dear Sir/Madam:

Enclosed for filing and docketing in the above matter, please find:

1. Defendant's Statement Pursuant To Local Rule 16.1(D); and
2. Defendant's Local Rule 16.1 Certification

Kindly date-stamp the enclosed copy of this letter and return it to the awaiting messenger.

Thank you for your attention to this matter.

Very truly yours,

JACKSON LEWIS LLP

Richard W. Paterniti

RWP/th
Enclosure
cc: Paul Manoff
David J. Kerman