UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************************

| | |
|---|---|
| LARRY J. LEBLANC, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *  C.A. NO. 04-CV-10193RCL |
| | * |
| KINDRED NURSING CENTERS EAST, LLC, | * |
| d/b/a EMBASSY HOUSE, | * |
| | * |
| Defendant | * |

*******************************************

## PLAINTIFF'S L.R. 16.1(D)(3) CERTIFICATE

Now comes plaintiff and the undersigned counsel and hereby affirm that they have conferred:

a. with a view to establishing a budget for the costs of conducting the full course and various alternative courses – of the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Larry J. LeBlanc

Counsel to plaintiff,

_____
Paul A. Manoff
47 Winter Street, #4
Boston, MA 02108
(617) 542-4620
BB0# 318220

leblanc\16dcert

**Paul A. Manoff**
Attorney at Law
4th Floor
47 Winter Street
Boston, Massachusetts 02108
Tel. (617) 542-4620

March 10, 2004

Clerk, U.S. District Court
One Courthouse Way
Boston, MA 02210

Re: LeBlanc v. Kindred Nursing Centers East, LLC
No. 04-CV-10193RCL

Dear Sir/Madam:

Enclosed for filing is plaintiff's L.R.16.1(D)(3) Certificate. I certify that I have served a copy on opposing counsel.

Sincerely,

Paul A. Manoff

PAM:cpj

Enclosure

cc: Richard W. Paterniti

Leblanc\ltct