UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY J. LEBLANC,<br><br>Plaintiff<br><br>v.<br><br>KINDRED NURSING CENTERS EAST, LLC d/b/a EMBASSY HOUSE,<br><br>Defendant | Civil Action No. 04-CV-10193 RCL |

## MOTION OF DEFENDANT FOR SUMMARY JUDGMENT

Pursuant to U.S. District Court Local Rule 56(c), Defendant Kindred Nursing Centers East, LLC ("Kindred" or the "Company") hereby moves for summary judgment on Plaintiff's complaint. In support of its motion, the Company submits Defendant's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, the Declarations of David J. Kerman and Dee A. Every, and the accompanying Memorandum of Law.

## REQUEST FOR ORAL ARGUMENT

Defendant hereby requests oral argument on this motion pursuant to Local Rule 7.1(D).

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Defendant certifies that its counsel has conferred in good faith with counsel for Plaintiff in an attempt to narrow the issues raised in this motion, but the parties have been unable to resolve the matter.

Respectfully submitted,

KINDRED NURSING CENTERS EAST, LLC,
d/b/a EMBASSY HOUSE SKILLED NURSING
AND REHABILITATION CENTER
By its attorneys,

/s/Richard W. Paterniti
David J. Kerman, BBO#269370
Richard W. Paterniti, BBO#645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

November 30, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2004, a copy of the foregoing was delivered by first class mail to Plaintiff's counsel, Paul A. Manoff, 47 Winter Street, 4th Floor, Boston, MA 02108.

Jackson Lewis LLP