EXHIBIT A

HEALTH FINANCIAL SYSTEMS . - MCRS/PC-WIN   FOR 583 EMBASSY HOUSE SKILLED NRSG & REH        IN LIEU OF FORM CMS-2540-96 (07/1999)

THIS REPORT IS REQUIRED BY LAW (42 USC 1395g; 42 CFR 413.20(b)).
FAILURE TO REPORT CAN RESULT IN ALL INTERIM PAYMENTS MADE SINCE
THE BEGINNING OF THE COST REPORT PERIOD BEING DEEMED OVERPAYMENTS
(42 USC 1395g).

FORM APPROVED
OMB NO. 0938-0463

SKILLED NURSING FACILITY AND
SKILLED NURSING FACILITY HEALTH
CARE COMPLEX COST REPORT

I PROVIDER NO                    I PERIOD
I 22-5221                        I FROM 7/ 1/2001 I   WORKSHEET S
I                                I TO   6/30/2002 I   PARTS I & II

INTERMEDIARY         I [ _ ] AUDITED          I   DATE RECEIVED         I [ _ ] INITIAL    [ _ ] RE-OPENED
USE ONLY:            I [ [ ] DESK REVIEWED     I   INTERMEDIARY NO.  / /  I [_ ] FINAL

PART I - CERTIFICATION

[ X ]  ELECTRONIC FILED COST REPORT          DATE: 10/18/2002
[   ]  MANUALLY SUBMITTED COST REPORT         TIME:   7:36

MISREPRESENTATION OR FALSIFICATION OF ANY INFORMATION CONTAINED IN THE COST REPORT MAY BE PUNISHABLE BY
CRIMINAL, CIVIL AND ADMINISTRATIVE ACTION, FINE AND/OR IMPRISONMENT UNDER FEDERAL LAW.  FURTHERMORE, IF SERVICES
IDENTIFIED IN THIS COST REPORT WERE PROVIDED OR PROCURED THROUGH THE PAYMENT DIRECTLY OR INDIRECTLY OF A KICKBACK OR
WERE OTHERWISE ILLEGAL, CRIMINAL, CIVIL AND ADMINISTRATIVE ACTION, FINES AND/OR IMPRISONMENT MAY RESULT.

CERTIFICATION BY OFFICER OR ADMINISTRATOR OF PROVIDER(S)

I HEREBY CERTIFY THAT I HAVE READ THE ABOVE STATEMENT AND THAT I HAVE EXAMINED THE ACCOMPANYING ELECTRONICALLY FILED
OR MANUALLY SUBMITTED COST REPORT AND THE BALANCE SHEET AND STATEMENT OF REVENUE AND EXPENSES PREPARED BY:
(PROVIDER NAME(S) AND NUMBER(S))

FOR THE COST REPORT PERIOD BEGINNING 07/01/2001 AND ENDING   06/30/2002, AND THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF,
IT IS A TRUE, CORRECT, AND COMPLETE STATEMENT PREPARED FROM THE BOOKS AND RECORDS OF THE PROVIDER IN ACCORDANCE WITH
APPLICABLE INSTRUCTIONS, EXCEPT AS NOTED.  I FURTHER CERTIFY THAT I AM FAMILIAR WITH THE LAWS AND REGULATIONS REGARDING
THE PROVISION OF HEALTH CARE SERVICES, AND THAT THE SERVICES IDENTIFIED IN THIS COST REPORT WERE PROVIDED IN COMPLIANCE
WITH SUCH LAWS AND REGULATIONS.

OFFICER OR ADMINISTRATOR OF PROVIDER(S)
Vice President of Reimbursement

TITLE                          DATE   OCT 1 8 2002

ECR ENCRYPTION INFORMATION
DATE: 10/18/2002   TIME    7:36A

76peK01IBSxBqNmAKConN5wpbIFEcD
C1rd20.1RJ7DOOEt5BAcOXKTiLSBsj
C22pDepCKF0z31rf

FI ENCRYPTION INFORMATION
DATE: 10/18/2002   TIME    7:36A

AOxUJ0ilxPmJmgWRrCxrj33XSI.d10
lDRmL09SSzaQH6aESNnIzIxXQvEsPw
lRDb3uqPNxGbtgXc

PART II - SETTLEMENT SUMMARY

|   |   | TITLE V | TITLE XVIII | TITLE XIX |
|---|---|---|---|---|
|   |   |   | A    B |   |

1  SKILLED NURSING FACILITY
2  NURSING FACILITY
3.10  ICF/MR
4  SNF-BASED H H A I

7  TOTAL

E ABOVE AMOUNTS REPRESENT "DUE TO" OR "DUE FROM" THE APPLICABLE PROGRAM FOR THE ELEMENT OF THE ABOVE COMPLEX INDICATED.

cording to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it
splays a valid OMB control number. The valid OMB control number for this information collection is 0938-0463. The time
quired to complete this information collection is estimated to average 64 hours per response, including the time to review
 structions, search existing data resources, gather the data needed, and complete and review the information collection. If
u have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to:
nters for Medicare & Medicaid Services, 7500Security Boulevard, N2-14-26, Baltimore, Maryland 21244-1850, and to the Office of
Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

CONFIDENTIAL

REDACTED

DEF00210

HEALTH FINANCIAL SYSTEMS    MCRS/PC-WIN    FOR 583 EMBASSY HOUSE SKILLED NRSG & REH    IN LIEU OF FORM CMS-2540-96 (07/1999)

FORM APPROVED
OMB NO. 0938-0463

THIS REPORT IS REQUIRED BY LAW (42 USC 1395g; 42 CFR 413.20(b)).
FAILURE TO REPORT CAN RESULT IN ALL INTERIM PAYMENTS MADE SINCE
THE BEGINNING OF THE COST REPORT PERIOD BEING DEEMED OVERPAYMENTS
(42 USC 1395g).

SKILLED NURSING FACILITY AND                    I PROVIDER NO    I PERIOD    I
SKILLED NURSING FACILITY HEALTH                 I 22-5221        I FROM 7/ 1/2002 I  WORKSHEET S
CARE COMPLEX COST REPORT                        I               I TO 6/30/2003 I  PARTS I & II

INTERMEDIARY       I [   ] AUDITED       I DATE RECEIVED    I [ ] INITIAL    [   ] RE-OPENED
USE ONLY:          I [   ] DESK REVIEWED I INTERMEDIARY NO.  / /    I [ ] FINAL

PART I - CERTIFICATION

[ X ] ELECTRONIC FILED COST REPORT                          DATE: 12/10/2003
[   ] MANUALLY SUBMITTED COST REPORT                        TIME: 13:14

MISREPRESENTATION OR FALSIFICATION OF ANY INFORMATION CONTAINED IN THE COST REPORT MAY BE PUNISHABLE BY
CRIMINAL, CIVIL AND ADMINISTRATIVE ACTION, FINE AND/OR IMPRISONMENT UNDER FEDERAL LAW. FURTHERMORE, IF SERVICES
IDENTIFIED IN THIS COST REPORT WERE PROVIDED OR PROCURED THROUGH THE PAYMENT DIRECTLY OR INDIRECTLY OF A KICKBACK OR
WERE OTHERWISE ILLEGAL, CRIMINAL, CIVIL AND ADMINISTRATIVE ACTION, FINES AND/OR IMPRISONMENT MAY RESULT.

CERTIFICATION BY OFFICER OR ADMINISTRATOR OF PROVIDER(S)

I HEREBY CERTIFY THAT I HAVE READ THE ABOVE STATEMENT AND THAT I HAVE EXAMINED THE ACCOMPANYING ELECTRONICALLY FILED
OR MANUALLY SUBMITTED COST REPORT AND THE BALANCE SHEET AND STATEMENT OF REVENUE AND EXPENSES PREPARED BY:
(PROVIDER NAME(S) AND NUMBER(S))

583 EMBASSY HOUSE SKILLED NRSG & REH                    22-5221
FOR THE COST REPORT PERIOD BEGINNING 07/01/2002 AND ENDING 06/30/2003, AND THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF,
IT IS A TRUE, CORRECT, AND COMPLETE STATEMENT PREPARED FROM THE BOOKS AND RECORDS OF THE PROVIDER IN ACCORDANCE WITH
APPLICABLE INSTRUCTIONS, EXCEPT AS NOTED. I FURTHER CERTIFY THAT I AM FAMILIAR WITH THE LAWS AND REGULATIONS REGARDING
THE PROVISION OF HEALTH CARE SERVICES, AND THAT THE SERVICES IDENTIFIED IN THIS COST REPORT WERE PROVIDED IN COMPLIANCE
WITH SUCH LAWS AND REGULATIONS.

ECR ENCRYPTION INFORMATION
DATE: 12/10/2003    TIME    1:14P

LgFi6vdmaXwdlHfDv-B2FXqgsFmuRO
vsFzWO1yxm5iI2kWIkpvvBsuRSCS
l3840A.2uOR1Pp7

OFFICER OR ADMINISTRATOR OF PROVIDER(S)

Vice President of Reimbursement
TITLE

PI ENCRYPTION INFORMATION
DATE: 12/10/2003    TIME    1:14P                    DEC 1 0 2003
                                                    DATE
54Fb5egL59yySU1v404.vXQiIssOuO
QXXJB0jxUUzIcSi:4fFpLDEZOXOWVBX
3RZD4C1yPOU0Pmg7

PART II - SETTLEMENT SUMMARY

|   |   | TITLE V | TITLE XVIII | TITLE XIX |
|---|---|---|---|---|
|   |   |   | A    B |   |
| 1 | SKILLED NURSING FACILITY |   |   |   |
| 2 | NURSING FACILITY |   |   |   |
| 3.10 | ICF/MR |   |   |   |
| 4 | SNF-BASED H H A I |   |   |   |
| 7 | TOTAL |   |   |   |

THE ABOVE AMOUNTS REPRESENT "DUE TO" OR "DUE FROM" THE APPLICABLE PROGRAM FOR THE ELEMENT OF THE ABOVE COMPLEX INDICATED.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it
displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0463. The time
required to complete this information collection is estimated to average 94 hours per response, including the time to review
instructions, search existing data resources, gather the data needed, and complete and review the information collection. If
you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to:
Centers for Medicare & Medicaid Services, 7500 Security Boulevard, N2-14-26, Baltimore, Maryland 21244-1850, and to the Office of
the Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

CONFIDENTIAL

REDACTED

DEF00209



Run Date :   5/14/2003

10:21 AM

THE COMMONWEALTH OF MASSACHUSETTS
DIVISION OF HEALTH CARE FINANCE AND POLICY
TWO BOYLSTON STREET
BOSTON, MASSACHUSETTS 02116-4704

2002  HCF-1
NURSING FACILITIES REPORT

CONFIDENTIAL

Batch #  _____

1.   Facility Vendor Payment Number   __09-26469__

2.   Balance Sheet Date   __12/31/02__
     (Mo-Da-Yr)

3.   Name of Facility   __Embassy House Skilled Nursing and Rehabilitation Center__

     Street Address   __2 Beaumont Avenue__

     City   __Brockton__                   Zip   __02402__

4.   Telephone   __(508) 588-9550__        Fax   __(508) 587-6262__
     Area Code - Number                    Area Code - Number

     E-Mail Address   rhonda_gentry@kindredhealthcare.com

5.   Legal Status and Form    Status: Profit   __X__    Non-Profit   _____    Form: (Enter 1-8)

     1.   Chapter 156B                                          5.   Sole Proprietorship
     2.   Chapter 156B with a 501 c.3 tax exemption            6.   Governmental Entities
     3.   Chapter 180                                          7.   Other For-Profit   __7__
     4.   Partnership                                          8.   Other Non-Profit

6.   Is this a Hospital-Based Nursing Facility?  Enter Y=Yes or N=No   __N__

7.   Federal Employer Identification Number   __52-2085557__

8.   Other Business Activities.  Enter Y=Yes  or  N=No

     Child Day Care     __N__     Assisted Living       __N__     Outpatient Services   __N__
     Adult Day Care     __N__     Chapter 766 Education  __N__     Other (Explain)       __N__

9.   Has the facility had a change in long-term financing in 2002?   Enter Y=Yes or N=No   __Y__

10.  (a) Are you submitting an HCF-2 (Realty Company Report)?   Enter Y=Yes or N=No   __Y__

     (b) Are you managed by a Management company?   Enter Y=Yes or N=No   __N__
     If yes, enter name   _____   and Comb #   _____

     Are you submitting an HCF-37  Enter Y=Yes or N=No   __Y__

11.  Has an extension been granted for this cost report submission?
     (Enter Y=Yes or N=No)   __Y__   If yes, attach a copy of the approved extension letter.

The HCF-1 serves the dual purpose of being a report to the Division by providers which accurately reflects the complete financial
condition of the facility and is, at the same time, a claim for reimbursement.  To accomplish the latter, on Schedule 2, after Total
Operating Expenses, lines have been provided to report Total Non - Allowable Expenses, which are itemized on Schedule 13 and 14.
When reporting these expenses, providers must indicate which are "ordinary and necessary" from a generally - accepted accounting or
Internal Revenue standpoint  and which  are  not directly  related  to  ...

Facility Name: Embassy House Skilled Nursing and Rehabilitation Center

VPN #09-26469

Balance Sheet Date (MO-DA-YR): 12/31/02

2002 HCF-1

CONFIDENTIAL

*Misrepresentation or falsification of any information contained in this cost report may be punishable by fine and/or imprisonment under state or federal law.*

CERTIFICATION BY OWNER, PARTNER OR OFFICER

I HEREBY CERTIFY that I have read the above statement and that I have examined the accompanying Cost Report and supporting schedules prepared for:

Embassy House Skilled Nursing
and Rehabilitation Center
Provider Name

09-26469
Vendor Payment Number

for the Cost Report period beginning   1/1/02   and ending   12/31/02

and that to the best of my knowledge and belief, the statement, accompanying Cost Report, and supporting schedules are true, accurate and complete and prepared in accordance with applicable regulations and instructions, and that the statement, Cost Report, and supporting schedules are prepared from the books and records of the provider(s) except as noted. If prepared by the person other than owner, partner, or officer, his declaration is based on all information of which he has any knowledge.

*This certification is signed under pains and penalties of perjury. Facsimile signatures are not acceptable.*

Name of Owner, Partner, or Officer.

Rothgerber
Last Name

Arthur                           L.
First Name                       M.I.

VP, Reimbursement
Title

MAY 1 3 2003
Date of Signature (MO-DA-YR)

_Signature_
Signature of Owner, Partner or Officer

(See Schedule A - Disclosure Information - and the Instructions thereon.)

Name of Preparer other than Owner, Partner or Officer

Kindred Healthcare, Inc.
Firm Name

Dee Every
Preparer's Name

Reimbursement Manager
Preparer's Title

Kindred Healthcare, Inc.
680 South 4th Avenue
Louisville, KY 40202-2407
Preparer's Address

502-596-7548
Preparer's Phone Number

5/14/03
Date of Signature (MO-DA-YR)

_Signature_
Signature of Preparer other than Owner, Partner or Officer

EXHIBIT C

INTER-COMPANY

_M_E_M_O_R_A_N_D_U_M_

TO:        Massachusetts Nursing Facilities Administrators

FROM:      Ms. Dee Every

DEPT:      Reimbursement

DATE:      February 11, 2003

RE:        2002 Massachusetts Medicaid Cost Reports

For the purpose of filing your 2002 Medicaid Cost Report, we will need the attached questionnaire completed, and returned to us by **Friday, February 28, 2003.** All the data requested in this questionnaire is exclusive to the cost reporting period January 1, 2002 through December 31, 2002. Please be advised, the cost report cannot be completed without the attachments **completed in their entirety.** If any part of the attachments is not completed by the date noted above, then the analysts will be contacting the facility and advising the applicable district offices until they receive the needed information.

If you have questions or need assistance, please feel free to e-mail or call me at (502) 596-7548, or your assigned analyst.

Your assistance is greatly appreciated.

Dee Every

DAE

enclosures

cc    Ms. Anne C. Cieminski
      Ms. Leslie Craigen
      Ms. Kristen Crawford
      Mr. Matt Duddy
      Ms. Dawn L. Friedrich
      Ms. Rhonda H. Gentry
      Mr. Bob Lemieux
      Ms. Kathie Norwood
      Mr. Joe Weglarz

**RETURN TO THE CORPORATE REIMBURSEMENT DEPARTMENT at KH-6**



1

DEF00173

# FACILITY MEDICAID QUESTIONNAIRE

## FOR THE PURPOSE OF FILING THE MEDICAID COST REPORT
### PERIOD 01/01/02 TO 12/31/02

**ATTENTION ADMINISTRATOR**

**PLEASE SIGN WHERE INDICATED**

**COMPLETE AND RETURN TO:**

**Reimbursement Department**

**BY FRIDAY, FEBRUARY 28, 2003**

Facility Name _____

Facility Number _____

Print Name of Preparer _____

Signature of Preparer _____

## Cost Report Verification

I understand that any misrepresentation or false and misleading statement made on a Medicare or Medicaid cost report or in connection with such a filing may subject me personally and/or the company to criminal, civil, and/or administrative disallowances, fines and penalties (including imprisonment). I hereby verify that all books, records and other documentation maintained and submitted in support of this cost report filing are complete, true, and accurate to the best of my knowledge and belief.

Print Administrator Name _____

Signature of Administrator _____ Date _____

DEF00174

2

Please complete the following information:

Facility Name: _____

Facility Phone Number: _____

Administrator's Name: _____

Administrator's License Number: _____

Period Administrator Served at Facility During 2002: _____

If more than one administrator served at the facility during 2002, please provide each administrator's name, license number, and period served.

Administrator's Name: _____

Administrator's License Number: _____

Period Served During 2002: _____

Administrator's Name: _____

Administrator's License Number: _____

Period Served During 2002: _____

If there was an Administrator-in-Training during the 1/1/02 – 12/31/02 period, list his/her name and the date when the A.I.T. program began and ended.

| Name | Beginning Date | Ending Date |
|------|----------------|-------------|

DEF00175

3

Facility Name: _____    Fac. ID No.: _____

## Sales/Marketing Salaries 2002

Name (s)    _____

2002 Salary    _____

Payroll Account Charged    _____

The payroll register for the last week in December may be used to obtain this information. In many cases, the marketing person has been coded to Social Worker, SAP account 71350.262. **If the employee performed other duties besides marketing, please indicate the percentage of time spent on marketing activities and a copy of the employee's job description. If your facility did not employ marketing staff, please mark N/A and return this form.**

4

DEF00176

Facility _____ _____ Fac. ID # _____

## Detail of Clerical Salaries*

| Employee Name | Job Title | Brief Job Description | SAP Acct. Number | 2002 Clerical Salaries/Wages |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total _____

- Please include all staff that served during any portion of the calendar year 2002. This includes terminations and resignations. Also, the cost report total for clerical salaries includes wages posted to profit center 202 (Business Office) and to profit center 266 (Medical Records) for the Data Entry Clerk OBRA. Be sure to include the amounts posted to these profit centers when completing the schedule above, in addition to any other profit centers where clerical salaries/wages are posted.

5

DEF00177

Facility _____     Fac. ID # _____

Remember, if you have not submitted the **Commission of the Blind Logs** on a monthly basis to your respective Corporate Reimbursement Analyst, please include them as part of this package.

Any COB patients/residents at any time during the period 01/01/02 through 12/31/02?

       YES _____

       NO _____

If yes, were all logs sent to the facility's Corporate Reimbursement Analyst?

       YES _____

       NO _____     (please submit the COB Logs with this package)

6

DEF0178

Facility _____    Fac. ID # _____

## Contract Nursing Agencies

If your facility contracted with Nursing Agencies during the cost reporting period 1/01/02 through 12/31/02, identify the Massachusetts Registration Numbers for these Contract Nursing Agencies. The registration number is ALWAYS a four character code beginning with the letter "T". No other format will be accepted by the state. Failure to provide the correct registration number will result in disallowance of the agency expense.

| VENDOR | REGISTRATION NUMBER |
|--------|---------------------|
|        |                     |
|        |                     |
|        |                     |
|        |                     |
|        |                     |
|        |                     |
|        |                     |
|        |                     |
|        |                     |
|        |                     |
|        |                     |
|        |                     |
|        |                     |
|        |                     |

DEF00179

7

Facility _____    Fac. ID # _____

For the cost reporting year, identify individuals who were contracted for RN, LPN, or C N A positions, but who were not contracted through a temporary employment contract agency.

8

DEF00180



# FACILITY MEDICAID QUESTIONNAIRE

## FOR THE PURPOSE OF FILING THE MEDICAID COST REPORT
### PERIOD 01/01/02 TO 12/31/02

ATTENTION ADMINISTRATOR

PLEASE SIGN WHERE INDICATED

COMPLETE AND RETURN TO:

Reimbursement Department

BY FRIDAY, FEBRUARY 28, 2003

Facility Name _____ *EmbASSY House* _____

Facility Number _____ *583* _____

Print Name of Preparer _____ *Heidi Mason* _____

Signature of Preparer _____ *Heidi Mason* _____

Cost Report Verification

I understand that any misrepresentation or false and misleading statement made on a Medicare or Medicaid cost report or in connection with such a filing may subject me personally and/or the company to criminal, civil, and/or administrative disallowances, fines and penalties (including imprisonment). I hereby verify that all books, records and other documentation maintained and submitted in support of this cost report filing are complete, true, and accurate to the best of my knowledge and belief.

Signature of Administrator _____ Date _2/25/03_

Print Administrator Name _____ *KHERY LEBLANC* _____

DEF00188

2

EXHIBIT E

# Every, Dee A

| | |
|---|---|
| **From:** | Every, Dee A |
| **Sent:** | Tuesday, April 22, 2003 9:13 AM |
| **To:** | LeBlanc, Larry |
| **Cc:** | Weglarz, Joe; Riedl, Sue P; Reis, Gilbert |
| **Subject:** | FW: Cost Report Verification Statement |

Larry,

Sue Riedl sent you this email on March 18th and then Rhonda Gentry again on April 8th had sent the questionnaire to you so that you could return the signature page with your original signature.

As Sue states in her email below, we need your signed verification before we can proceed with the filing of your Medicaid cost report. If we do not file your Medicaid cost report, they will reduce your Medicaid rate by 5% effective 5/16/03 and 5% for each month thereafter. The reduction accrues cumulatively such that the rate reduction equals 5% for the first month late, 10% for the second month late and so on.

Obviously, this is not something we want to happen, so please return your "signed" Verification Statement at once. If you still are having concerns please discuss them with Joe Weglarz and/or Gilbert Ries.

Thanks,

Dee

-----Original Message-----

| | |
|---|---|
| **From:** | Riedl, Sue P |
| **Sent:** | Tuesday, March 18, 2003 11:09 AM |
| **To:** | LeBlanc, Larry |
| **Cc:** | Every, Dee A |
| **Subject:** | Cost Report Verification Statement |

It has been brought to my attention that the Cost Report Verification Statement for your 2002 Medicaid cost report was not signed properly. Please note this is a compliance requirement and you will be receiving the attached Compliance Agreement Certification later this year which refers to the Cost Report Verification (see item # 9).

We are not asking you to verify the accuracy of the cost report itself, rather the accuracy of the underlying data contained in your facility General Ledger, census records, etc. which support the data reported in the cost report, and any other documentation maintained in support of the cost report filing "to the best of your knowledge and belief".

Please feel free to contact Dee Every or myself if you need further clarification. Dee will need a signed Cost Report Verification before she can proceed with the filing of your Medicaid cost report.

Thank you.

Susan P. Riedl
Kindred Healthcare
**Corporate Director of Reimbursement, Health Services Division**
(502) 596 - 7579 Phone
(502) 596 - 4112 Fax
sue_riedl@kindredhealthcare.com

DEF00169



CONFIDENTIAL

FACILITY MEDICAID QUESTIONNAIRE

FOR THE PURPOSE OF FILING THE
MEDICAID COST REPORT
PERIOD 01/01/02 TO 12/31/02

ATTENTION ADMINISTRATOR

PLEASE SIGN WHERE INDICATED

COMPLETE AND RETURN TO:

Reimbursement Department

BY FRIDAY, FEBRUARY 28, 2003

Facility Name _____ Embassy House Skilled Nstg Rehab _____

Facility Number _____ 0583 _____

Print Name of Preparer _____ Heidi Mason _____

Signature of Preparer _____ Heidi Mason _____

Def's
#15
6-16-04
LeBlanc

## Cost Report Verification

I understand that any misrepresentation or false and misleading statement made on a Medicare or Medicaid cost report or in connection with such a filing may subject me personally and/or the company to criminal, civil, and/or administrative disallowances, fines and penalties (including imprisonment). I hereby verify that all books, records and other documentation maintained and submitted in support of this cost report filing are complete, true, and accurate to the best of my knowledge and belief.

Print Administrator Name _____ Larry LeBlanc _____

Signature of Administrator _____ Larry LeBlanc _____ Date _____

2

DEF00181