UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| LARRY J. LEBLANC,<br><br>Plaintiff<br><br>v.<br><br>KINDRED NURSING CENTERS EAST, LLC,<br>d/b/a EMBASSY HOUSE,<br><br>Defendant | \*<br>\*<br>\*<br>\*<br>\*   C.A. NO. 04-CV-10193RCL<br>\*<br>\*<br>\*<br>\*<br>\* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff moves to enlarge the time, to December 23, 2004, within which he may file on opposition to defendant's motion for summary judgment. In support of the motion, plaintiff states the he needs the additional week to respond due to the complexity of the issues and because at the same time, his counsel is busy responding to another motion for summary judgment filed just a few days before defendant's motion.

Plaintiff has consulted defendant's counsel who has indicated that defendant does not oppose the motion. Moreover, allowance of the motion will not prejudice defendant or the court.

Larry J. LeBlanc
By his attorney,

Paul A. Manoff
47 Winter Street, 4th Floor
Boston, MA 02108
(617) 542-4620
BBO# 318220

Date: 12-17-04

-2-

## CERTIFICATE OF SERVICE

    I, Paul A. Manoff, hereby certify that on December 17, 2004 I served a copy of the above document on the defendant by mailing a copy, first class, postage prepaid to David J. Kerman, Jackson, Lewis, LLP, 75 Park Plaza, Boston, MA 02116.

_____<br>Paul A. Manoff

leblanc\mtnext