UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY J. LEBLANC,<br><br>    Plaintiff<br><br>v.<br><br>KINDRED NURSING CENTERS EAST, LLC<br>d/b/a EMBASSY HOUSE,<br><br>    Defendant | Civil Action No. 04-CV-10193 RCL |

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

Defendant, Kindred Nursing Centers East, LLC (the "Company"), hereby moves for leave to file a reply memorandum to Plaintiff's opposition to summary judgment.[1] In support of its motion, Defendant states as follows: (1) Plaintiff's opposition contains a number of erroneous, and misguided factual assertions that fail to comply with Local Rule 56.1; and (2) Defendant's reply memorandum may be useful to the Court in resolving the pending summary judgment motion.

WHEREFORE, Defendant respectfully requests that its Motion for Leave to File a Reply Memorandum be allowed.

---

[1] For the convenience of the Court, a copy of the proposed reply memorandum and supporting declarations are submitted herewith. Defendant is filing this motion at the Court's request. Defendant previously filed the attached memorandum and declarations without a motion based on the Joint Statement for this case in which the parties agreed that "[a] moving party may file a reply to the opposition of the responding party."

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

Defendant certifies that it conferred with Plaintiff in good faith in an attempt to resolve this matter but no agreement was reached.

                                              Respectfully submitted,

                                              KINDRED NURSING CENTERS EAST, LLC,
                                              d/b/a EMBASSY HOUSE SKILLED NURSING
                                              AND REHABILITATION CENTER
                                              By its attorneys,

                                              /s/ Richard W. Paterniti
                                              David J. Kerman, BBO#269370
                                              Richard W. Paterniti, BBO#645170
                                              Jackson Lewis LLP
                                              75 Park Plaza
                                              Boston, MA 02116
Dated:  February 7, 2005                 (617) 367-0025