UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY J. LEBLANC,<br><br>Plaintiff<br><br>v.<br><br>KINDRED NURSING CENTERS EAST, LLC<br>d/b/a EMBASSY HOUSE,<br><br>Defendant | Civil Action No. 04-CV-10193 RCL |

## DECLARATION OF HEIDI MASON

I, Heidi Mason, do hereby under oath, depose and say as follows:

1. I am a resident of the Commonwealth of Massachusetts, and I have personal knowledge of the information contained in this affidavit.

2. I am currently employed by Kindred Nursing Centers East, LLC as the Business Office Manager for the Embassy House Skilled Nursing and Rehabilitation Center in Brockton, Massachusetts ("Embassy House" or "the factility"). I have held this position since 1994, except for a brief time in 2001 when I was employed by a different company. Accordingly, I was the Business Office Manager for Embassy House during the 14-month period that Plaintiff Larry LeBlanc was employed as Administrator of Embassy House.

3. In my position as Business Office Manager, I have been responsible for maintaining records relating to the resident census at the facility. The census is a daily calculation of the number of beds occupied at the facility at a given time. The facility has 123 licensed and operating beds. The census is calculated by adding up the occupied beds each day as of 12:00 a.m. The charge nurse for each floor determines the number of occupied beds on their floor and then provides me with the number by 7:00 a.m. the next morning. I input that

1

information on the facility's computer system, where comprehensive daily and monthly resident census figures are maintained.

4. I have reviewed the computerized records I maintained for the resident census at Embassy House during the 14-month period that Mr. LeBlanc was employed as administrator. From June, 2002 through August, 2003, the census for the facility ranged from 97 to 111 occupied beds. As such, at no time from June, 2002 through August, 2003 did the facility ever exceed 111 occupied beds.

5. In April, 2003, the resident census at Embassy House was 111 occupied beds. In May, 2003, the census for the month was 101 occupied beds. For the month of June, 2003, the census was 97 occupied beds. For July, 2003, the census for the month was 101 occupied beds. For August, 2003, the census was 97 occupied beds. True and correct copies of the resident census reports for each of these five months is attached hereto at <u>Exhibit A</u>.

6. As reflected on <u>Exhibit A</u>, the average resident census from May through August, 2003 inclusive, was 99 beds or 80.49% of the facility's 123 licensed and available operating beds.

7. In addition, as the Business Office Manager, I was responsible for maintaining records relating to outside labor costs incurred by the facility for the use of labor (<u>e.g.</u> nurses and certified nursing assistants) from outside temporary agencies. I input this data on the facility's computer system, and we maintain a monthly report documenting all expenses incurred for outside labor costs.

8. I have reviewed the computerized records I maintained for the outside labor costs incurred by Embassy House during the 14-month period that Mr. LeBlanc was employed as Administrator. In July, 2002 the expenses for the month for outside labor costs was $11,876.15.

This was the first full month of Mr. LeBlanc's employment as Administrator of this facility. Subsequently in March 2003, the outside contract labor expenses Plaintiff incurred at his facility was $21,086. In April, 2003, the outside labor costs were $30,323.05. In May, 2003, the outside labor costs were $31,831.35. In June 2003, the outside labor costs were $35,310.30. In July, 2003, the outside labor costs were $46,798.10. In August, 2003, the outside labor costs were $45,980.10. True and correct copies of the outside labor costs for each of the above-referenced months are attached hereto at Exhibit B.

9. Because Mr. LeBlanc's employment ended in August, 2003, the average monthly outside labor costs during the last five months of his employment was approximately $38,048.58. In fact, the average for the last two months of his employment was $46,389.10. The outside labor costs incurred by Embassy House during each of the last five months of Mr. LeBlanc's employment was substantially higher than the outside labor costs incurred by the facility during each of the first nine months of Mr. LeBlanc's employment.

Signed under the pains and penalties of perjury this 26th day of January, 2005.

_Heidi Mason_
Heidi Mason
Business Office Manager

# EXHIBIT A











# EXHIBIT B

## Accounts Payable Distribution Journal

```
Report Name: ZVENAP175                              2500 - Nursing Centers East LLC
Controlling Area: 1000 Kindred Healthcare, Inc    From 07/01/2002 to 07/31/2002
User ID: MASONH02
Profit Center Group:
```

| Date | TC | Description | WBSelemt | Vendor | Vendor Name | Invoice | | DT | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | 583101 | EMBA NURSING - CERTI | | | | | | |
| 07/05 | U0 | 0000217870 | 44 | 217870 | OMEGA MEDICAL SERV | 00340 | 583 | KR | 354.64 |
| 07/12 | U0 | 0000223370 | 43 | 223370 | NORTON & ASSOCIATE | 11077 | 583 | KR | 5,431.84 |
| | | GL Account Total 71410 | | Cont Lbr-RN | | | | | 5,786.48 |
| 07/05 | U0 | 0000217870 | 36 | 217870 | OMEGA MEDICAL SERV | 00340 | 583 | KR | 291.92 |
| 07/12 | U0 | 0000223370 | 37 | 223370 | NORTON & ASSOCIATE | 11077 | 583 | KR | 4,801.31 |
| | | GL Account Total 71420 | | Cont Lbr-LPN | | | | | 5,093.23 |
| 07/12 | U0 | 0000223370 | 24 | 223370 | NORTON & ASSOCIATE | 11077 | 583 | KR | 996.44 |
| | | GL Account Total 71430 | | Cont Lbr-CNA | | | | | 996.44 |
| | | | Total by Profit Center 583101 | | | | | | 11,876.15 |
| | | | Total by Facility | | | | | | 11,876.15 |
| | | | Total by Company Code 2500 | | | | | | 11,876.15 |
| | | | Total by report | | | | | | 11,876.15 |

```
Report Name: ZVFMAP175                    2500 - Nursing Centers East, LLC              Page:     1
Controlling Area: 1000 Kindred Healthcare, Inc.                                         Date: 01/07/2005
User ID: DE500502                         From 03/01/2003 to 03/31/2003                 Time: 14:54:31
Profit Center Group:
```

| Date | TC Description | RBSelemt | Vendor | Vendor Name | Invoice | DT | Amount | Taxes | Document # |
|---|---|---|---|---|---|---|---:|---:|---|
| | | 583101 | | EMBA NURSING - CERTI | | | | | |
| 03/24 | 0000203807 | 44 | 203807 | UNIVERSAL STAFFING | 5472 583 | KR | 475.19 | 0.00 | 1900047050 |
| 03/24 | 0000203807 | 43 | 203807 | UNIVERSAL STAFFING | 5079 583 | KR | 315.38 | 0.00 | 1900059910 |
| 03/31 | 0000223370 | 45 | 223370 | NORTON & ASSOCIATE | 12556 583 | KR | 5,572.10 | 0.00 | 1900051809 |
| 03/10 | 0000223370 | 45 | 223370 | NORTON & ASSOCIATE | 12556 583 | KR | | 0.00 | 1900056248 |
| 03/17 | 0000203807 | 42 | 203807 | UNIVERSAL STAFFING | 5489 583 | KR | 201.31 | 0.00 | 1900062696 |
| 03/17 | 0000203807 | 42 | 203807 | UNIVERSAL STAFFING | 583 | KR | 678.63 | 0.00 | 1900061570 |
| 03/17 | 0000228112 | 44 | 228112 | SUNRISE HEALTHCARE | 583 | KR | 756.50 | 0.00 | 1900062207 |
| 03/28 | 0000228112 | 44 | 228112 | NURSES 'R' US, INC | 11 583 | KR | 789.83 | 0.00 | 1900066180 |
| 03/26 | 0000231247 | 44 | 231247 | NURSES 'R' US, INC | 12 583 | KR | | 0.00 | |
| 03/28 | 0000231247 | 45 | 231247 | NURSES 'R' US, INC | 12A 583 | KR | 400.50 | 0.00 | 1900066230 |
| 03/28 | 0000231247 | 44 | 231247 | NURSES 'R' US, INC | 583 | KR | 208.47 | 0.00 | 1900066260 |
| 03/30 | 0000231247 | 44 | 231247 | NURSES 'R' US, INC | 13 583 | KR | 1,690.44 | 0.00 | |
| 03/31 | 0000203807 | 42 | 203807 | UNIVERSAL STAFFING | 5504 583 | KR | 169.52 | 0.00 | 1900068634 |
| | | | | Cont Lbr-RN | | | 11,636.87 | 0.00 | |
| | GL Account Total 71410 | | | | | | | | |
| 03/03 | 0000229112 | 36 | 229112 | SUNRISE HEALTHCARE | 554 583 | KR | 954.65 | 0.00 | |
| 03/03 | 0000223370 | 41 | 223370 | NORTON & ASSOCIATE | 12556 563 | KR | 3,569.46 | 0.00 | 1900051808 |
| 03/13 | 0000228112 | 46 | 228112 | SUNRISE HEALTHCARE | 563 | KR | 739.75 | 0.00 | 1900054194 |
| 03/17 | 0000228112 | 37 | 228112 | SUNRISE HEALTHCARE | 569 583 | KR | 841.05 | 0.00 | 1900059255 |
| 03/20 | 0000206774 | 37 | 206774 | CULTURED CARE, INC | 4043-R 583 | KR | 532.49 | 0.00 | 1900062576 |
| 03/20 | 0000206774 | 37 | 206774 | CULTURED CARE, INC | 4052-R 583 | KR | 292.95 | 0.00 | 1900062626 |
| 03/25 | 0000228112 | 37 | 228112 | SUNRISE HEALTHCARE | 583 583 | KR | 671.01 | 0.00 | 1900062701 |
| 03/25 | 0000229112 | 37 | 229112 | SUNRISE HEALTHCARE | 584 583 | KR | 1,260.06 | 0.00 | |
| 03/31 | 0000200451 | 37 | 200451 | JOYCE N. SIMARD AS | 81706 583 | KR | 299.04 | 0.00 | 1900068378 |
| | | | | Cont Lbr-LPN | | | 9,449.46 | 0.00 | |
| | GL Account Total 71420 | | | | | | 21,086.33 | 0.00 | |
| | Total by Profit Center 583101 | | | | | | 21,086.33 | 0.00 | |
| | Total by Facility | | | | | | 21,086.33 | 0.00 | |
| | Total by Company Code 2500 | | | | | | 21,086.33 | 0.00 | |
| | Total by report | | | | | | 21,086.33 | 0.00 | |

```
Report Name: ZFSNAP175                          2500 - Nursing Centers East, LLC              Page:      1
Controlling Area: 1000 Kindred Healthcare, Inc.  From 04/01/2003 to 04/30/2003                Date: 01/07/2005
Cost ID: DESOJS02                                                                             Time: 14:57:50
Profit Center Group:
```

| Date | TC | Description | #BSelem: Vendor | Vendor Name | Invoice | DT | Amount | Taxes | Document # |
|---|---|---|---|---|---|---|---|---|---|
| | | 583101 | EMBA NURSING - CRRTN | | | | | | |
| 04/04 | 00 | 0000203807 | 44 | 203807 | UNIVERSAL STAFFING 5511 | 583 | KR | 951.49 | 0.00 | 1900073493 |
| 04/03 | 00 | 0000228112 | 44 | 228112 | SUNRISE HEALTHCARE 598 | 583 | KR | 615.26 | 0.00 | 1900076202 |
| 04/03 | 00 | 0000228112 | 44 | 228112 | SUNRISE HEALTHCARE 613 | 583 | KR | 1,361.09 | 0.00 | 1900076326 |
| 04/11 | 00 | 0000233471 | 43 | 233471 | 2B HEALTHCARE, INC 792 | 583 | KR | 359.15 | 0.00 | 1500076301 |
| 04/11 | 00 | 0000233471 | 43 | 233471 | 2B HEALTHCARE, INC 802 | 583 | KR | 348.00 | 0.00 | 1500078317 |
| 04/14 | 00 | 0000233471 | 43 | 233471 | DB HEALTHCARE, INC 821 | 583 | KR | 348.00 | 0.00 | 1900082295 |
| 04/18 | 00 | 0000233370 | 47 | 233370 | NORTON & ASSOCIATE 13028 | 583 | KR | 9,791.45 | 0.00 | 1900083631 |
| 04/18 | 00 | 0000206774 | 43 | 206774 | CULTURED CARE, INC 4179-R | 583 | KR | 9,239.59 | 0.00 | 1900064592 |
| 04/21 | 00 | 0000228112 | 44 | 228112 | SUNRISE HEALTHCARE 621 | 583 | KR | 3,246.62 | 0.00 | 1900087213 |
| 04/28 | 00 | 0000203907 | 49 | 203907 | UNIVERSAL STAFFING 5529 | 583 | KR | 312.34 | 0.00 | 1900088450 |
| 04/28 | 00 | 0000207112 | 44 | 207112 | SUNRISE HEALTHCARE 633 | 583 | KR | 1,875.67 | 0.00 | 1900090021 |
| | | **GL Account Total 71810** | | | | | **18,948.58** | **0.00** | |
| 04/03 | 00 | 0000229112 | 37 | 229112 | SUNRISE HEALTHCARE 598 | 583 | KR | 203.50 | 0.00 | 1900076202 |
| 04/03 | 00 | 0000229112 | 36 | 229112 | SUNRISE HEALTHCARE 613 | 583 | KR | 449.32 | 0.00 | 1900076326 |
| 04/06 | 00 | 0000206774 | 37 | 206774 | CULTURED CARE, INC 4113 | 583 | KR | 330.75 | 0.00 | 1900078470 |
| 04/06 | 00 | 0000206774 | 37 | 206774 | CULTURED CARE, INC 4134-R | 583 | KR | 1,559.25 | 0.00 | 1900078470 |
| 04/11 | 00 | 0000203370 | 42 | 203370 | NORTON & ASSOCIATE 13029 | 583 | KR | 5,210.45 | 0.00 | 1900083631 |
| 04/14 | 00 | 0000228112 | 37 | 228112 | SUNRISE HEALTHCARE 621 | 583 | KR | 2,703.50 | 0.00 | 1900087213 |
| 04/23 | 00 | 0000206774 | 37 | 206774 | CULTURED CARE, INC 4198-R | 583 | KR | 1,769.79 | 0.00 | 1900087899 |
| 04/24 | 00 | 0000228112 | 37 | 228112 | SUNRISE HEALTHCARE 527 | 583 | KR | 293.44 | 0.00 | 1900090013 |
| 04/28 | 00 | 0000228112 | 36 | 228112 | SUNRISE HEALTHCARE 633 | 583 | KR | 879.26 | 0.00 | 1900090021 |
| 04/29 | 00 | 0000000451 | 38 | 0451 | JOYCE M. SIKARD AS 82105 | 583 | KR | 307.20 | 0.00 | 1900090007 |
| | | **GL Account Total 71420** Cont Lbr-LPN | | | | | **11,374.47** | **0.00** | |
| | | Total by Profit Center 583101 | | | | | 30,323.05 | 0.00 | |
| | | Total by Facility | | | | | 30,323.05 | 0.00 | |
| | | Total by Company Code 2500 | | | | | 30,323.05 | 0.00 | |
| | | **Total by report** | | | | | **30,323.05** | **0.00** | |

```
Report Name: ZFNASP175                2500 - Nursing Centers East, LLC                    Page:     4
Controlling Area: 1000 Kindred Healthcare, Inc.    From 05/01/2003 to 05/31/2003          Date: 01/07/2005
User ID: DRS0U502                                                                          Time: 14:59:56
Profit Center Group:
```

| Date | TC | Description | RSSelem | Vendor | Vendor Name | Invoice | Di | Amount | Taxes | Document # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 583101 | EMBA NURSING - CRRTH | | | | | | | |
| 05/02 | UC | 0002203507 | 43 | 203807 | UNIVERSAL STAFFING INC | 5538 | KR | 250.13 | 0.00 | 1900095296 |
| 05/02 | UC | 0002233471 | 42 | 233471 | DB HEALTHCARE, INC | 838 | KR | 678.06 | 0.00 | 1900095263 |
| 05/08 | UC | 0002203807 | 44 | 203807 | UNIVERSAL STAFFING INC | 5546 | KR | 301.19 | 0.00 | 1900039490 |
| 05/12 | UC | 0002234671 | 43 | 233471 | DB HEALTHCARE, INC | 857 | KR | 1,731.95 | 0.00 | 1900101764 |
| 05/12 | UC | 0002234671 | 49 | 233370 | NORTON & ASSOCIATE | 13285 | KR | 8,244.03 | 0.00 | 1900128355 |
| 05/15 | UC | 0002233370 | 43 | 233370 | NORTON & ASSOCIATE | 870 | KR | 805.33 | 0.00 | 1900104877 |
| 05/15 | UC | 0002233471 | 45 | 233471 | DB HEALTHCARE, INC | 646 | KR | 2,068.21 | 0.00 | 1900109616 |
| 05/21 | UC | 0002228112 | 46 | 228112 | SUNRISE HEALTHCARE | 14 | KR | 816.68 | 0.00 | 1900109616 |
| 05/21 | UC | 0002231247 | 44 | 231247 | NURSES 'R' US, INC | 15 | KR | 311.50 | 0.00 | 1900110993 |
| 05/21 | UC | 0002231247 | 43 | 231247 | NURSES 'R' US, INC | 15A | KR | 281.97 | 0.00 | 1900111003 |
| 05/22 | UC | 0002231247 | 44 | 231247 | NURSES 'R' US, INC | 16 | KR | 315.75 | 0.00 | 1900111092 |
| 05/22 | UC | 0002231247 | 43 | 231247 | NURSES 'R' US, INC | 16A | KR | 912.29 | 0.00 | 1900110956 |
| 05/22 | UC | 0002231241 | 43 | 231247 | NURSES 'R' US, INC | 17 | KR | 689.24 | 0.00 | 1900111029 |
| 05/22 | UC | 0002231241 | 43 | 231247 | NURSES 'R' US, INC | 18 | KR | 267.50 | 0.00 | 1900111015 |
| 05/22 | UC | 0002231247 | 44 | 231247 | NURSES 'R' US, INC | 19 | KR | 333.75 | 0.00 | 1900111020 |
| 05/22 | UC | 0002203807 | 43 | 203807 | UNIVERSAL STAFFING | 5565 | KR | 304.50 | 0.00 | 1900110926 |
| 05/29 | UC | 0002228112 | 45 | 228112 | SUNRISE HEALTHCARE | 676 | KR | 1,441.92 | 0.00 | 1900115674 |
| | | **GL Account Total 71410** | | | | | | **19,772.03** | **0.00** | |
| 05/01 | UC | 0002206774 | 37 | 206774 | CULTURED CARE, INC | 4212-B | KR | 340.20 | 0.00 | 1900055012 |
| 05/01 | UC | 0002206774 | 38 | 206774 | CULTURED CARE, INC | 4241-A | KR | 660.28 | 0.00 | 1900090917 |
| 05/05 | UC | 0002233370 | 25 | 233370 | NORTON & ASSOCIATE | 13265 | KR | 5,174.71 | 0.00 | 1900102855 |
| 05/13 | UC | 0002206774 | 38 | 206774 | CULTURED CARE, INC | 4302-A | KR | 660.28 | 0.00 | 1900107144 |
| 05/19 | UC | 0002206774 | 38 | 206774 | CULTURED CARE, INC | 4304-A | KR | 1,105.04 | 0.00 | 1900107145 |
| 05/19 | UC | 0002200451 | 36 | 200451 | JOYCE M. SIMARD AS | 82406 | KR | 235.76 | 0.00 | 1900167143 |
| 05/21 | UC | 0002228112 | 46 | 228112 | SUNRISE HEALTHCARE | 646 | KR | 1,512.10 | 0.00 | 1900109616 |
| 05/21 | UC | 0002228112 | 38 | 228112 | SUNRISE HEALTHCARE | 650 | KR | 622.87 | 0.00 | 1900109617 |
| 05/27 | UC | 0002206774 | 30 | 206774 | CULTURED CARE, INC | 4333-R | KR | 1,100.64 | 0.00 | 1900133041 |
| 05/22 | UC | 0002228112 | 38 | 228112 | SUNRISE HEALTHCARE | 667 | KR | 310.72 | 0.00 | 1900115665 |
| 05/29 | UC | 0002228112 | 36 | 228112 | SUNRISE HEALTHCARE | 676 | KR | 256.76 | 0.00 | 1900115674 |
| | | **GL Account Total 71420** | | | | | | **12,059.32** | **0.00** | |
| | | **Cont Lbr-LPN** | | | | | | **31,831.35** | | |
| | | **Total by Profit Center 583101** | | | | | | **31,831.35** | | |
| | | **Total by Facility** | | | | | | **31,831.35** | | |
| | | **Total by Company Code 2500** | | | | | | **31,831.35** | | |

**Total by report**                                                                                    **91,831.35**   **0.00**

Report Name: ZVENAP175
Controlling Area: 1000 Kindred Healthcare, Inc.
User ID: DESOUS02
Profit Center Group:

2500 - Nursing Centers East, LLC
From 06/01/2003 to 06/30/2003

Page:
Date: 01/07/2005
Time: 15:02:15

| Date | PC Description | PBSelem | Vendor | Vendor Name | Invoice | UT | Amount | Taxes | Document |
|---|---|---|---|---|---|---|---|---|---|
| | 583101 | EMBA NURSING - CERTI | | | | | | | |
| 06/04/00 | 000203807 | 42 | 203807 | UNIVERSAL STAFFING | 5581 | KR | 487.37 | 0.00 | 1900121814 |
| 06/05/00 | 000223370 | 51 | 223370 | NORTON & ASSOCIATE | 13621 | KR | 10,347.51 | 0.00 | 1900124065 |
| 06/05/00 | 000228112 | 45 | 228112 | SUNRISE HEALTHCARE | 683 | KR | 1,806.86 | 0.00 | 1900126798 |
| 06/12/00 | 000228112 | 45 | 228112 | SUNRISE HEALTHCARE | 691 | KR | 1,451.93 | 0.00 | 1900127602 |
| 06/13/00 | 000206774 | 43 | 206774 | CULTURED CARE, INC | 4406-R | KR | 357.89 | 0.00 | 1900132414 |
| 06/19/00 | 000206774 | 44 | 206774 | CULTURED CARE, INC | 4409-R | KR | 367.13 | 0.00 | 1900132416 |
| 06/19/00 | 000206774 | 43 | 206774 | CULTURED CARE, INC | 4436-R | KR | 216.90 | 0.00 | 1900132421 |
| 06/19/00 | 000203807 | 44 | 203807 | UNIVERSAL STAFFING | 5610 | KR | 311.50 | 0.00 | 1900135632 |
| 06/24/00 | 000228112 | 44 | 228112 | SUNRISE HEALTHCARE | 701 | KR | 1,788.96 | 0.00 | 1900135610 |
| 06/24/00 | 000228112 | 44 | 228112 | SUNRISE HEALTHCARE | 709 | KR | 1,090.25 | 0.00 | 1900135628 |
| | GL Account Total 71410 | | | Cont Lbr-RN | | | 18,226.32 | 0.00 | |
| 06/04/00 | 000203814 | 51 | 203814 | UNIVERSAL STAFFING | 4150-R | KR | 1,495.76 | 0.00 | 1900121810 |
| 06/05/00 | 000223370 | 52 | 223370 | NORTON & ASSOCIATE | 13621 | KR | 1,961.54 | 0.00 | 1900124064 |
| 06/05/00 | 000206774 | 46 | 206774 | CULTURED CARE, INC | 4174-R | KR | 862.89 | 0.00 | 1900126761 |
| 06/12/00 | 000228112 | 38 | 228112 | SUNRISE HEALTHCARE | 683 | KR | 650.28 | 0.00 | 1900126798 |
| 06/12/00 | 000228112 | 42 | 228112 | SUNRISE HEALTHCARE | 691 | KR | 1,251.73 | 0.00 | 1900127602 |
| 06/13/00 | 000206774 | 37 | 206774 | CULTURED CARE, INC | 4409-R | KR | 292.95 | 0.00 | 1900132416 |
| 06/19/00 | 000206774 | 37 | 206774 | CULTURED CARE, INC | 4420-R | KR | 321.30 | 0.00 | 1900132420 |
| 06/19/00 | 000228112 | 37 | 228112 | SUNRISE HEALTHCARE | 701 | KR | 1,225.47 | 0.00 | 1900135610 |
| 06/24/00 | 000228112 | 37 | 228112 | SUNRISE HEALTHCARE | 709 | KR | 3,006.06 | 0.00 | 1900135628 |
| | GL Account Total 71420 | | | Cont Lbr-LPN | | | 17,083.98 | 0.00 | |
| | Total by Profit Center 583101 | | | | | | 35,310.30 | 0.00 | |
| | Total by Facility | | | | | | 35,310.30 | 0.00 | |
| | Total by Company Code 2500 | | | | | | 35,310.30 | 0.00 | |
| | Total by report | | | | | | 35,310.30 | 0.00 | |

```
Report Name: ZVENAP175                          2500 - Nursing Centers East, LLC              Page:    1
Controlling Area: 1000 Kindred Healthcare, Inc.    from 07/01/2003 to 07/31/2003              Date: 01/07/2005
User ID: DESC0502                                                                             Time: 15:03:55
Profit Center Group:
```

| Date | GL Description | %BSalem: Vendor | Vendor Name | Invoice | Jr | Amount | Taxes | Document # |
|---|---|---|---|---|---|---|---|---|
| | 503101 | BMBA NURSING - CERTI | | | | | | |
| 07/03/00 | C003228112 | 43 | 228112 | SUNRISE HEALTHCARE 720 | KR | 303.66 | 0.00 | 1900147826 |
| 07/16/00 | C003223370 | 45 | 2233370 | NORTON & ASSOCIATE 13873 | KR | 5,545.63 | 0.00 | 1900151861 |
| 07/16/00 | C00022B112 | 44 | 228112 | SUNRISE HEALTHCARE 732 | KR | 1,432.96 | 0.00 | 1900153014 |
| 07/17/00 | C000231247 | 44 | 231247 | NURSES 'R' US, INC 20 | KR | 311.50 | 0.00 | 1900154215 |
| 07/17/00 | C000231247 | 68 | 231247 | NURSES 'R' US, INC 21 | KR | 513.23 | 0.00 | 1900154216 |
| 07/18/00 | C000231247 | 47 | 231247 | NURSES 'R' US, INC 22 | KR | 321.50 | 0.00 | 1900154218 |
| 07/18/00 | C000231247 | 49 | 231247 | NURSES 'R' US, INC 23 | KR | 1,090.25 | 0.00 | 1900154219 |
| 07/19/00 | C000231247 | 44 | 231247 | NURSES 'R' US, INC 24 | KR | 419.56 | 0.00 | 1900154236 |
| 07/19/00 | C000231247 | 45 | 231247 | NURSES 'R' US, INC 25 | KR | 680.75 | 0.00 | 1900154240 |
| 07/19/00 | C000231247 | 65 | 231247 | NURSES 'R' US, INC 26 | KR | 1,450.58 | 0.00 | 1900154245 |
| 07/19/00 | C000231247 | 43 | 231247 | NURSES 'R' US, INC 27 | KR | 1,112.50 | 0.00 | 1900154252 |
| 07/19/00 | C000231247 | 44 | 231247 | NURSES 'R' US, INC 5641 | KR | 554.83 | 0.00 | 1900154257 |
| 07/23/00 | C000231247 | 50 | 231247 | NURSES 'R' US, INC 28 | KR | 6,475.92 | 0.00 | 1900162457 |
| 07/28/00 | C000231247 | 45 | 231247 | NURSES 'R' US, INC 23 | KR | 775.54 | 0.00 | 1900162489 |
| 07/30/00 | C000228112 | 48 | 228112 | SUNRISE HEALTHCARE 740 | KR | 5,497.22 | 0.00 | 1900162490 |
| | GL Account Total 71410 | | Cont Lbr-RN | | | 27,385.95 | 0.00 | |
| 07/08/00 | C003206774 | 36 | 206774 | CULTURED CARE, INC 4495-R | KR | 293.44 | 0.00 | 1900146740 |
| 07/09/00 | C000228112 | 37 | 228112 | SUNRISE HEALTHCARE 720-R | KR | 4,547.12 | 0.00 | 1900147826 |
| 07/16/00 | C000223370 | 37 | 223370 | NORTON & ASSOCIATE 13873 | KR | 473.36 | 0.00 | 1900151861 |
| 07/16/00 | C000223370 | 38 | 223370 | NORTON & ASSOCIATE 13873 | KR | 5,255.99 | 0.00 | 1900153014 |
| 07/17/00 | C000229112 | 38 | 229112 | SUNRISE HEALTHCARE 732 | KR | 4,779.21 | 0.00 | 1900160454 |
| 07/23/00 | C000228112 | 41 | 228112 | SUNRISE HEALTHCARE 736 | KR | 4,063.04 | 0.00 | 1900162490 |
| 07/30/00 | C000228112 | 37 | 228112 | SUNRISE HEALTHCARE 748 | KR | 19,412.15 | 0.00 | 1900162490 |
| | GL Account Total 71420 | | Cont Lbr-LPN | | | 46,798.10 | 0.00 | |
| | Total by Profit Center 503101 | | | | | 46,798.10 | 0.00 | |
| | Total by Facility | | | | | 46,798.10 | 0.00 | |
| | Total by Company Code 2500 | | | | | 46,798.10 | 0.00 | |
| | Total by report | | | | | 46,798.10 | 0.00 | |

```
Report Name: ZVPKAP175                    2500 - Nursing Centers East, LLC              Page:    4
Controlling Area: 1000 Kindred Healthcare, Inc.    From 06/01/2003 to 08/31/2003       Date: 01/07/2005
User ID: RESOUS02                                                                       Time: 15:05:35
Profit Center Group:
```

| Date | TC | GL Description | NBSelect Vendor | Vendor Name | Invoice | DT | Amount | Taxes | Document # |
|---|---|---|---|---|---|---|---|---|---|
| | | 583101 | EMBA NURSING - CRRTI | | | | | | |
| 08/06 | UC | 3000203807 | 44 | 203807 | UNIVERSAL STAFFING 5662 | KR | 446.20 | 0.00 | 1900169916 |
| 08/06 | UC | 3000225112 | 46 | 228112 | SUNRISE HEALTHCARE 757 | KR | 5,416.98 | 0.00 | 1900169901 |
| 08/06 | UC | 3000226112 | 43 | 228112 | SUNRISE HEALTHCARE 758 | KR | 3,853.18 | 0.00 | 1900169910 |
| 08/06 | UC | 3000226112 | 44 | 228112 | SUNRISE HEALTHCARE 756 | KR | 594.82 | 0.00 | 1900175055 |
| 08/14 | UC | 3000203807 | 49 | 203807 | UNIVERSAL STAFFING 5671 | KR | 5,135.12 | 0.00 | 1900175053 |
| 08/15 | UC | 3000228112 | 45 | 225112 | SUNRISE HEALTHCARE 776 | KR | 1,094.89 | 0.00 | 1900175877 |
| 08/15 | UC | 3000223370 | | 223370 | NORTON & ASSOCIATE 141187 | KR | 5,210.00 | 0.00 | 1900175877 |
| 08/21 | UC | 3000226112 | 49 | 228112 | SUNRISE HEALTHCARE 788 | KR | 1,230.00 | 0.00 | 1900179362 |
| | | GL Account Total 71410 | | | | | 22,811.19 | 0.00 | |
| 07/04 | UC | 3000226112 | 38 | 228112 | SUNRISE HEALTHCARE 757 | KR | 6,760.04 | 0.00 | 1900169901 |
| 07/04 | UC | 3000228112 | 39 | 228112 | SUNRISE HEALTHCARE 758 | KR | 5,379.56 | 0.00 | 1900169910 |
| 07/05 | UC | 3000226112 | 38 | 228112 | SUNRISE HEALTHCARE 776 | KR | 3,256.45 | 0.00 | 1900175055 |
| | UC | 3000223370 | | 223370 | NORTON & ASSOCIATE 141187 | KR | 5,015.20 | 0.00 | 1900175877 |
| 08/21 | UC | 3000228112 | 39 | 228112 | SUNRISE HEALTHCARE 788 | KR | 2,758.54 | 0.00 | 1900179362 |
| | | Cont Lbr-LPN | | | | | 23,169.07 | 0.00 | |
| | | GL Account Total 71420 | | | | | 45,980.25 | 0.00 | |
| | | Total by Profit Center 583101 | | | | | 45,980.25 | 0.00 | |
| | | Total by Facility | | | | | 45,980.25 | 0.00 | |
| | | Total by Company Code 2500 | | | | | 45,980.25 | 0.00 | |
| | | Total by report | | | | | 45,980.25 | 0.00 | |