UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**LARRY LEBLANC**</u>
                    Plaintiff(s)

       v.                           CIVIL ACTION NO.<u>**04-10193-RCL**</u>

<u>**KINDRED NURSING CENTERS EAST, LLC**</u>
                      Defendant(s)

<u>**JUDGMENT IN A CIVIL CASE**</u>

<u>LINDSAY, D.J.</u>

☐   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendant Kindred Nursing Centers East, LLC.

                                                        Sarah Thornton, Clerk

Dated: <u>June 8, 2005</u>                    <u>/s Lisa M. Hourihan</u>
                                                ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is <u>    </u>%.

(judgciv.frm - 10/96)                                                       [jgm.]